# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* W.R. GRACE & CO., *et al.*,<br><br>　　*Debtors.*<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>CONTINENTAL CASUALTY CO., *et al.*,<br><br>　　*Plaintiffs,*<br><br>　　v.<br><br>JEREMY B. CARR, *et al.*<br><br>　　*Defendants.*<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>BARBARA HUNT, *et al.*,<br><br>　　*Plaintiffs,*<br><br>　　v.<br><br>MARYLAND CASUALTY COMPANY,<br><br>　　*Defendant.* | Chapter 11<br><br>Case No. 01-01139 (KJC)<br>(Jointly Administered)<br><br><br><br><br>Adv. Proc. No. 15-50766 (KJC)<br><br>Re:　60 (Scheduling Order)<br><br><br><br><br><br><br>Adv. Proc. No. 18-50402 (KJC)<br><br>Re:　19 (Scheduling Order) |

## STIPULATION EXTENDING TIME TO FILE MEMORANDA

Pursuant to the Court's order of October 15, 2018 (*see* D.I. 60 in Adv. Proc. No. 15-50766; D.I. 19 in Adv. Proc. No. 18-50402), all parties in the above-captioned actions hereby agree and stipulate as follows:

　　1.　The time for Continental Casualty Company and Transportation Insurance Company (collectively, "CNA") and Maryland Casualty Company ("MCC") to file and serve opening memoranda is extended to and including **December 21, 2018**.

1

2

2. The time for Defendants to file and serve an opposition memorandum and any motion for certification is extended to and including **February 4, 2019**.

3. The deadlines for filing reply memoranda are linked to the date of service of preceding briefs; those deadlines shall remain as stated in the Court's October 15 orders.

November 26, 2018

**CONTINENTAL CASUALTY INSURANCE CO. AND TRANSPORTATION INSURANCE CO.**

By their attorneys:

BAYARD, P.A.

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
600 N. King Street, Suite 400
Wilmington, DE 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
scousins@bayardlaw.com

FORD MARRIN ESPOSITO
  WITMEYER GLESER, LLP
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, NY 10005
Tel: (212) 269-4900
Fax: (212) 344-4294
emdecristofaro@FMEW.com

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
dglosband@goodwinprocter.com

GOODWIN PROCTER LLP
Michael S. Giannotto (*pro hac vice*)
Brian T. Burgess (*pro hac vice*)
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel:  (202) 346-4000
Fax:  (202) 346-4444
mgiannotto@goodwinprocter.com
bburgess@goodwinprocter.com

Respectfully submitted,

**JEREMY B. CARR** *et al.*

By their attorneys:

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Michael Busenkell*
Michael Busenkell, Esq. (No. 3933)
913 N. Market St., 10th Floor
Wilmington, DE 19801
Tel: (302) 425-5800
Fax: (302) 425-5814

MURTHA CULLINA LLP
Daniel C. Cohn, Esq.
Ryan M. MacDonald, Esq.
Keri L. Wintle, Esq.
99 High Street
Boston, MA 02110
Tel: (617) 457-4000
Fax: (617) 482-3868

MCGARVEY, HEBERLING,
  SULLIVAN & LACEY, P.C.
Roger Sullivan, Esq.
Allan M. McGarvey, Esq.
John F. Lacey, Esq.
345 First Avenue East
Kalispell, MT 59901
Tel: (406) 752-5566

Case 15-50766-KJC    Doc 62    Filed 11/26/18    Page 4 of 4

| | |
|---|---|
| **BARBARA HUNT *et al.*** | **MARYLAND CASUALTY COMPANY** |
| By their attorneys: | By its attorneys: |
| GELLERT SCALI BUSENKELL & BROWN LLC | CONNOLLY GALLAGHER LLP |
| */s/ Michael Busenkell* | */s/ Jeffrey C. Wisler* |
| Michael Busenkell, Esq. (No. 3933) | Jeffrey C. Wisler (No. 2795) |
| 913 N. Market St., 10th Floor | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, Suite 1400 |
| Tel: (302) 425-5800 | Wilmington, DE 19801 |
| Fax: (302) 425-5814 | Tel: (302) 757-7300 |
| MURTHA CULLINA LLP | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| Daniel C. Cohn, Esq. | Edward J. Longosz, II |
| Taruna Garg, Esq. | Mark A. Johnston |
| 99 High Street | Kennedy C. Ramos |
| Boston, MA 02110 | 1717 Pennsylvania Avenue, NW |
| Tel: (617) 457-4000 | 12th Floor |
| Fax: (617) 482-3868 | Washington, DC 20006 |
| | Tel: (202) 659-6600 |
| MCGARVEY, HEBERLING, SULLIVAN & LACEY, P.C. | |
| Roger Sullivan, Esq. | |
| Allan M. McGarvey, Esq. | |
| John F. Lacey, Esq. | |
| 345 First Avenue East | |
| Kalispell, MT 59901 | |
| Tel: (406) 752-5566 | |

4