UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 18, 2019
ACO-013

No. 19-8042

In re: WR GRACE & CO, et al.,
Reorganized Debtors

CONTINENTAL CASUALTY CO, et al; TRANSPORTATION INSURANCE
COMPANY;

v.

JEREMY B. CARR, et al.

CONTINENTAL CASUALTY CO, et al; TRANSPORTATION INSURANCE
COMPANY;
JEREMY B. CARR, et al.,
Joint Petitioners

(Adv. No. 15-50766, Bank. No. 01-1139, D. Del. No. 1-19-cv-01877)

Present: MCKEE, SHWARTZ and PHIPPS, Circuit Judges

1. Petition for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2), with Disclosure Statement attached, filed by Joint Petitioners Continental Casualty Co, Transportation Insurance Co and Jeremy B. Carr, et al.

Respectfully,
Clerk/JK

_____ORDER_____

The foregoing Petition for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2) is GRANTED.

By the Court,

s/Theodore A. McKee
Circuit Judge

Dated: December 19, 2019

A True Copy:

Patricia S. Dodszuweit, Clerk

CJG/cc:   Taruna Garg, Esq.
          Daniel C. Cohn, Esq.
          Michael Busenkell, Esq.
          Michael S. Giannotto, Esq.
          Brian T. Burgess, Esq.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

# NOTICE

**GRANT OF PERMISSION FOR LEAVE TO APPEAL PURSUANT TO 28 U.S.C. SECTION 158(d)(2)(A)**

The Court of Appeals has granted a petition for leave to appeal in this matter. Apellant(s) must pay the $207.00 docketing fee in the bankruptcy court within 14 days after the entry of the order granting permission for leave to appeal. If the United States government is the appellant, an additional fee by the government is not required. Fed. R. App. P.5.

A new notice of appeal does not need to be filed. A copy of the Court's order granting permission for leave to appeal serves as the notice of appeal and has been forwarded to the appropriate court.

The entry of date of the order granting permission to appeal serves as the date of filing of the notice of appeal for calculating time under Fed. R. App. P. 5(d)(1). **Appellant(s) shall notify the Court of Appeals by filing a notification through ECF in the current case that the filing fee has been paid.**

Upon receipt of the notice from Appellant(s), the appeal will be opened on the general docket. All future filings regarding the appeal will be entered under the new docket number.


Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/ James/cjg
Case Manager
267-299-4958


Brian T. BurgessEsq.
Michael BusenkellEsq.
Daniel C. CohnEsq.
Scott D. CousinsEsq.
Taruna GargEsq.
Michael S. GiannottoEsq.
Evan T. MillerEsq.