UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | CHAPTER 11 |
| W.R. GRACE & CO., *et al.*, | ) ) | CASE NO. 01-01139 (KJC) (Jointly Administered) |
| Debtors. | ) ) |  |
| CONTINENTAL CASUALTY COMPANY, *et al.*, | ) ) ) ) ) |  |
| Plaintiffs, | ) ) | ADVERSARY PROCEEDING |
| v. | ) ) | NO. 15-50766 (KJC) |
| JEREMY B. CARR, *et al.*, | ) ) |  |
| Defendants. | ) ) |  |

**JOINT NOTICE OF SECOND
AGREED AMENDED SCHEDULE**

WHEREAS, on November 3, 2021, the Court entered an Agreed Scheduling Order (D.I. 113) establishing procedural deadlines in this case, including for the completion of discovery (the "Agreed Scheduling Order");

WHEREAS, paragraph 8 of the Agreed Scheduling Order provided *inter alia* that "Deadlines contained in this Scheduling Order may be extended by mutual agreement in writing by the parties with notice to the Court"; and

WHEREAS, subsequently by Joint Notice of Agreed Amended Schedule dated and filed August 9, 2022 (D.I. 128), the parties jointly agreed, pursuant to paragraph 8 of the Agreed Scheduling Order, to amend various deadlines, and also agreed that Paragraph 8 of that Order

"shall remain in effect" so as to continue to permit subsequent extensions "by mutual agreement in writing by the parties with notice to the Court"; and

WHEREAS, the parties have agreed to further amend the deadlines in the Joint Notice of Agreed Amended Schedule and to continue the status conference, in an effort to continue settlement discussions and complete discovery;

The Parties hereby set forth the terms of that agreement as follows:

1. The Parties will engage in a dedicated settlement process through February 28, 2023. In the event that the disputes do not become the subject of a settlement in principle during that period, the Parties will proceed to discovery subject to the schedule and deadlines set forth below.

2. Fact depositions shall be completed by May 31, 2022.

3. Expert witnesses shall be disclosed and a copy of each expert's report shall be provided to every other Party, in accordance with Fed. R. Civ. P.26(a)(2) on or before June 30, 2023. Rebuttal experts (if any) shall be disclosed and a copy of each rebuttal expert's report shall be provided to every other Party on or before July 31, 2023. Expert depositions shall be completed by August 31, 2023.

4. The Parties shall request a status conference on or after September 14, 2023, to ascertain the status of completion of discovery, to establish procedures for further discovery (if any), and to establish a schedule for filing dispositive motions and/or trial.

5. Paragraphs 8 and 9 of the Agreed Scheduling Order shall remain in effect.

Dated: January 6, 2023

| | |
|---|---|
| JEREMY B. CARR *et al.*, Defendants<br><br>By their attorneys,<br><br>*/s/ Michael Busenkell*<br>Michael Busenkell, Esq. (DE 3933)<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>1201 N. Orange St., Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 425-5800<br>mbusenkell@gsbblaw.com<br><br>Daniel C. Cohn, Esq.<br>Taruna Garg, Esq.<br>MURTHA CULLINA LLP<br>99 High Street<br>Boston, MA 02110<br>Telephone: (617) 457-4000<br>dcohn@murthalaw.com<br>tgarg@murthalaw.com<br><br>Roger Sullivan, Esq.<br>Allan M. McGarvey, Esq.<br>John F. Lacey, Esq.<br>MCGARVEY, HEBERLING, SULLIVAN & LACEY, P.C.<br>345 First Avenue East<br>Kalispell, MT 59901<br>Telephone:    (406) 752-5566<br>rsullivan@mcgarveylaw.com<br>amcgarvey@mcgarveylaw.com<br>johnlacey@mcgarveylaw.com | CONTINENTAL CASUALTY COMPANY and TRANSPORTATION INSURANCE COMPANY, Plaintiffs<br><br>*/s/ Evan Miller*<br>Evan Miller, Esq.  Esq. (DE 5364)<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>emiller@bayardlaw.com<br><br>GOODWIN PROCTER LLP<br>Michael S. Giannotto<br>Brian T. Burgess<br>1900 N Street,  NW<br>Washington, DC 20036<br>Tel: (202) 346-4000<br>mgiannotto@goodwinlaw.com<br>bburgess@goodwinlaw.com<br><br>FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP<br>Charles A. Booth, Esq.<br>Wall Street Plaza, 23rd Floor<br>New York, NY 1005-1875<br>Tel: (212) 269-4900<br>cabooth@fordmarrin.com |